# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**PRINCESS CEDENO**

*Plaintiff*

v.

Civil Action No.:
1:13-CV-12510-JGD

**CALVARY PORTFOLIO SERVICES, LLC, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Kimberly M. Abaid

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2013-10-15 11:41:18.0, Acting Clerk USDC DMA

Civil Action No.: **1:13-CV-12510-JGD**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Portfolio Recovery Associates

was received by me on (date) 10/15/13 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): I mail a copy of Summon and lawsuit Via US postal Service, Green Card Return Reciept.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

10/16/13
Date

_____
Server's Signature

Innocent Cedeno (husband)
Printed name and title

658 W. Main St, Avon, Ma, 02322
Server's Address

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br>Portfolio Recovery Associates<br>120 Corporate Boulevard<br>Norfolk VA 23502 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[Postmark: OCT 21 2013 NORFOLK, VA]<br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7012 3050 0000 7248 4180 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540