# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRINCESS CEDENO** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:13-CV-12510-JGD |
| **CALVARY PORTFOLIO SERVICES, LLC, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ -- **Kimberly M. Abaid**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2013-10-15 11:41:18.0, Acting Clerk USDC DMA

Civil Action No.: **1:13−CV−12510−JGD**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) RJM Acquisitions Funding LLC.

was received by me on (date) 10/15/13 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify) : I mail a copy of Summon and lawsuit Via US postal service, ~~Return ce~~ Green Card return reciept.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

10/16/13
Date

*[Server's Signature]*

Innocent Cedeno (husband)
Printed name and title

658 W. Main St, Avon, MA, 02322
Server's Address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Simon Perez | C. Date of Delivery |
| 1. Article Addressed to:<br>RJM Acquisitions Funding LLC.<br>575 Underhill Blvd.<br>Ste 224<br>Syosset NY 11791 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7012 3050 0000 7248 4265 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |