UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PRINCESS CEDENO

    Plaintiff                               Civil Action No. 1:13-cv-12510-JGD

    V.

Cedeno v. Calvary Portfolio Services, LLC et a L

### REQUEST FOR CLERKS DEFAULT

It appearing that the complaint was filed in this case on 10/15/2013

that the summons and complaint were duly served upon the defendant **Allied Collection Services** on 10/21/2013 and the answer was due 11/11/2013.

And no answer or other pleading has been filed by said defendant as required

by law.

Therefore plaintiff Princess Cedeno request clerks default be entered against the defendant

**Allied Collection Services** as provided in Rule 55(a), Federal Rules of Civil Procedure.

Respectfully submitted,                                          November 13, 2013

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 13th day of November, 2013.

Respectfully submitted,                             November 13, 2013

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com