UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



PRINCESS CEDENO

Plaintiff            Civil Action No. 1:13-cv-12510-JGD

V.

Cedeno v. Calvary Portfolio Services, LLC et a L

**MOTION FOR ENTRY OF DEFAULT JUDGEMENT**

TO THE HONORABLE JUDGE OF THIS COURT.

The plaintiff Princess Cedeno, comes before this court with this Motion for Entry of Default Judgment against Defendant **Allied Collection Services**, and states as follows:

1. I am the Prose Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter. Plaintiff has made all filings required by this court to bring a cause of action against the Defendant **Allied Collection Services**, for damages under the FCRA 15 USC 1681 et seg, ,Telephone Consumer Practices **ACT47 U.S.C. §227(b)(3)(A), FDCPA), 15 U.S.C. §1692, MFDCPA 332.33-355- 332.37**

2. Plaintiff has made proper service of the summons and complaint to the defendant **Allied Collection Services** as evidenced by the proof of mailing.

3. The time for the defendant to respond is past and there has been no response to the service of summons and complaint in this matter and defendant is therefore in default.

4. Plaintiff has made a request for Clerks entry of default judgment.

**Wherefore,** the Plaintiff respectfully moves the court to enter an order of default judgment against the defendant, **Allied Collection Services** in the amount of $11,000 for statutory damages as well as the cost to bring this action as stated in the annexed bill of cost and for which let execution issue.

Respectfully Submitted

*Princess Cedeno*
Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRINCESS CEDENO

    Plaintiff                    Civil Action No. 1:13-cv-12510-JGD

      V.
Cedeno v. Calvary Portfolio Services, LLC et a L

## STATEMENT OF COST INCURRED BY PLAINTIFF

CLERKS FEE FOR FILING COMPLAINT      $400.00

COST OSF SERVICE OF SUMMONS AND COMPLAINT  $0

TOTAL COST INCURRED              $400.00

Respectfully Submitted

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com