UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



PRINCESS CEDENO

    Plaintiff                               Civil Action No. 1:13-cv-12510-JGD

V.

Cedeno v. Calvary Portfolio Services, LLC et a L

## MOTION FOR ENTRY OF DEFAULT JUDGEMENT

TO THE HONORABLE JUDGE OF THIS COURT.

The plaintiff Princess Cedeno, comes before this court with this Motion for Entry of Default Judgment against Defendant **Tata & Kirlin**, and states as follows:

1. I am the Prose Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter. Plaintiff has made all filings required by this court to bring a cause of action against the Defendant **Tata & Kirlin**, for damages under the FCRA 15 USC 1681 et seg, ,Telephone Consumer Practices ACT47 U.S.C. §227(b)(3)(A), FDCPA), 15 U.S.C. §1692, MFDCPA 332.33-355- 332.37

2. Plaintiff has made proper service of the summons and complaint to the defendant **Tata & Kirlin** as evidenced by the proof of mailing.

3. The time for the defendant to respond is past and there has been no response to the service of summons and complaint in this matter and defendant is therefore in default.

4. Plaintiff has made a request for Clerks entry of default judgment.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRINCESS CEDENO

    Plaintiff                    Civil Action No. 1:13-cv-12510-JGD

   V.

Cedeno v. Calvary Portfolio Services, LLC et a L

## STATEMENT OF COST INCURRED BY PLAINTIFF

CLERKS FEE FOR FILING COMPLAINT         $400.00

COST OSF SERVICE OF SUMMONS AND COMPLAINT  Tata & Kirlin  $0

TOTAL COST INCURRED                   $400.00

Respectfully Submitted

*Princess Cedeno*

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com