UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2013 DEC 10 P 2: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

PRINCESS CEDENO

Plaintiff(s)

v.                                        CIVIL ACTION NO. 13-12510-JGD

CAVALRY PORTFOLIO SERVICES, LLC

Defendant(s

MOTION FOR EXSTENTION OF TIME TO DEFENDANT CALVARY PORTFOLIO SERVICES, LLC MOTION TO DISMISS ALL COUNTS FOR FAILURE TO STATE A CLAIM

Now comes the plaintiff Princess Cedeno to request the court for a Sixty Day extension to file an opposition to defendant Calvary Portfolio Motion to dismiss all counts for failure to state a claim.

I emailed attorney John O'Connor to confer with him regarding the request for a Sixty Day extension but I have not heard back from him as of yet please allow the extension Thank you.

December 9, 2013

*[signature]*

Respectfully Submitted

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

**John O'Connor**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Fax: 617-235-3555

Email: joconnor@peabodyarnold.com

CERTIFICATE OF SERVICE

I Princess Cedeno hereby certify that a copy has been sent to each party in the above captioned case by USPS first class mail on this 9th day of December 2013.

Respectfully Submitted

*[signature]*
Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

**John O'Connor**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Fax: 617-235-3555

Email: joconnor@peabodyarnold.com