UNITED STATES DISTRICT COURT FILED
IN CLERK'S OFFICE

2013 DEC 10 P 2:47

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

PRINCESS CEDENO

Plaintiff(s)

v.  CIVIL ACTION NO. 13-12510-JGD

CAVALRY PORTFOLIO SERVICES, LLC

Defendant(s

MOTION for EXSTENTION OF TIME TO DEFENDANT NCO FINANCIAL SYSTEMS, INC JUDGEMENT ON THE PLEADINGS

Now comes the plaintiff PRINCESS CEDENO to request the court for a Sixty Day extension to file an opposition to defendant NCO FINANCIAL SYSTEMS, INC JUDGEMENT ON THE PLEADINGS Motion.

I emailed attorney Jennifer L. Markowski to confer with her regarding the request for a Sixty Day extension but I have not heard back from him as of yet please allow the extension Thank you.

Respectfully Submitted

*Princess Cedeno*

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

**Jennifer L. Markowski**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Fax: 617-235-3555

Email: jmarkowski@peabodyarnold.com

## CERTIFICATE OF SERVICE

I Princess Cedeno hereby certify that a copy has been sent to each party in the above captioned case by USPS first class mail on this 9th day of December 2013.

Respectfully Submitted

*[signature]*
Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

**Jennifer L. Markowski**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Fax: 617-235-3555

Email: jmarkowski@peabodyarnold.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


FILED
CLERK'S OFFICE
2013 DEC 10 P 2: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

PRINCESS CEDENO

Plaintiff(s)

v.  CIVIL ACTION NO. 13-12510-JGD

CAVALRY PORTFOLIO SERVICES, LLC

Defendant(s

## MOTION for EXSTENTION OF TIME TO DEFENDANT TATA & KIRLIN JUDGEMENT ON THE PLEADINGS

Now comes the plaintiff Princess Cedeno to request the court for a Sixty Day extension to file an opposition to defendant Tata & Kirlin Judgment on the pleadings Motion.

I emailed attorney Jennifer L. Markowski to confer with her regarding the request for a Sixty Day extension but I have not heard back from him as of yet please allow the extension Thank you.

December 9, 2013

Respectfully Submitted

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

**Jennifer L. Markowski**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Fax: 617-235-3555

Email: jmarkowski@peabodyarnold.com

## CERTIFICATE OF SERVICE

I Princess Cedeno hereby certify that a copy has been sent to each party in the above captioned case by USPS first class mail on this 9th day of December 2013.

Respectfully Submitted

/s/ Princess Cedeno

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

**Jennifer L. Markowski**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Fax: 617-235-3555

Email: jmarkowski@peabodyarnold.com