UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PRINCESS CEDENO

Plaintiff

V.

Cedeno v. Calvary Portfolio Services, LLC et a L

Civil Action No. 1:13-cv-12510-JGD

# NOTICE OF SETTLEMENT

Plaintiff was demanded to file opposition to defendants NCO and NCO Financial Systems, Inc., Tata & Kirlin by January 31, 2014 pending MOTION for Judgment on the Pleadings docket # 49.

Plaintiff files this notice of settlement with the court, plaintiff & defendant has reached a verbal settlement agreement and plaintiff is currently waiting for both defendants NCO Financial Systems, Inc., Tata & Kirlin counsel to send plaintiff another settlement agreement that has all specific information that plaintiff has requested.

Plaintiff anticipate that a settlement agreement will be signed by both sides as of next week February 3rd or 4th, and then plaintiff will file a motion to dismiss with prejudice.

Respectfully submitted,

Princess Cedeno

January 31, 2014

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

Jennifer L. Markowski

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Fax: 617-235-3555

Email: jmarkowski@peabodyarnold.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 31st day of January 2014.

Respectfully submitted                                           January 31, 2014

Princess Cedeno

140 Palisades Circle

Stoughton, Ma 02072

857-829-4504

princessclaims@gmail.com

Jennifer L. Markowski

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Fax: 617-235-3555

Email: jmarkowski@peabodyarnold.com