IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRINCESS CEDENO<br><br>                    Plaintiff,<br><br>v.<br><br>CAVARY PROTFOLIO SERVICES,<br>PORTFOLIO RECOVER ASSOCIATES,<br>NCO FINANCIAL SYSTEMS,<br>I C SYSTEMS, INC., PROTOCOL<br>RECOVERY SERVICES, STELLA<br>RECOVERY INC., AMERICAN PROFIT<br>RECOVERY, ALLIED COLLECTION<br>SERVICES, PRINCIPE & STRASNICK, PC,<br>RJM ACQUISITIONS and TATA KIRLIN<br><br>                    Defendant. | CIVIL ACTION NO. 13-cv-12510-JGD |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, NCO
FINANCIAL SYSTEMS ONLY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action hereby stipulate and agree that the aforesaid action be dismissed with prejudice, without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.  The parties waive all rights of appeal and/or rights to petition for attorneys' fees, costs and/or expenses accrued as of the date of filing of this stipulation.

.

Respectfully submitted,

NCO FINANCIAL SYSTEMS.                PRINCESS CEDENO,

                                      *Pro Se Plaintiff*,

By its Attorney,


/s/ Jennifer L. Markowski              */s/ Princess Cedeno*
Jennifer L. Markowski, BBO#655927      Princess Cedeno
Peabody & Arnold LLP                   658 West Main Street
Federal Reserve Plaza                  Avon, MA 02322
600 Atlantic Avenue, 6th Floor         princessclaims@gmail.com
Boston, MA  02210                      *Pro Se Plaintiff*
(617) 951-2100
jmarkowski@peabodyarnold.com

Dated:  April 7, 2014


## CERTIFICATE OF SERVICE

I certify that on April 7, 2014, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

Additionally, a copy of the foregoing has been delivered via U.S. Mail to the following:


Princess Cedeno
140 Palisades Circle
Stoughton, MA 02072
princessclaims@gmail.com
*Pro Se Plaintiff*


/s/ Jennifer Markowski
Jennifer Markowski

817391_1
15633-97811

2