IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRINCESS CEDENO<br><br>    Plaintiff,<br><br>v.<br><br>CAVARY PROTFOLIO SERVICES, PORTFOLIO RECOVER ASSOCIATES, NCO FINANCIAL SYSTEMS, I C SYSTEMS, INC., PROTOCOL RECOVERY SERVICES, STELLA RECOVERY INC., AMERICAN PROFIT RECOVERY, ALLIED COLLECTION SERVICES, PRINCIPE & STRASNICK, PC, RJM ACQUISITIONS and TATA KIRLIN<br><br>    Defendant. | CIVIL ACTION NO. 13-cv-12510-JGD |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT,
TATE & KIRLIN ASSOCIATES, INC. ONLY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action hereby stipulate and agree that the aforesaid action be dismissed with prejudice, without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. The parties waive all rights of appeal and/or rights to petition for attorneys' fees, costs and/or expenses accrued as of the date of filing of this stipulation.

.

2

|  |  |
|---|---|
| TATE & KIRLIN ASSOCIATES, INC. | Respectfully submitted,<br><br>PRINCESS CEDENO, |
| By its Attorney, | *Pro Se Plaintiff*, |
| */s/ Jennifer L. Markowski*<br>Jennifer L. Markowski, BBO#655927<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue, 6th Floor<br>Boston, MA  02210<br>(617) 951-2100<br>jmarkowski@peabodyarnold.com | */s/ Princess Cedeno*<br>Princess Cedeno<br>658 West Main Street<br>Avon, MA 02322<br>princessclaims@gmail.com<br>*Pro Se Plaintiff* |

Dated:  April 7, 2014

## **CERTIFICATE OF SERVICE**

I certify that on April 7, 2014, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

Additionally, a copy of the foregoing has been delivered via U.S. Mail to the following:

> Princess Cedeno
> 140 Palisades Circle
> Stoughton, MA 02072
> princessclaims@gmail.com
> *Pro Se Plaintiff*

/s/ Jennifer Markowski
Jennifer Markowski

PABOS2:JMARKOW:817394_1
15633-97870