UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRINCESS CEDENO, )<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>CALVARY PORTFOLIO SERVICES, )<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, NCO FINANCIAL SYSTEMS, INC., IC )<br>SYSTEMS, INC., PROTOCOL RECOVERY )<br>SERVICE, INC., STELLA RECOVERY, INC., )<br>AMERICAN PROFIT RECOVERY, INC., )<br>ALLIED COLLECTION SERVICES, PRINCIPE )<br>& STRASNICK, P.C., RJM ACQUISTIONS And )<br>TATA & KIRLIN, )<br>　　Defendants, )<br>) | Civil Action No. 13-CV-12510-JGD |

**DEFENDANT PRINCIPE & STRASNICK, P.C.'S
ASSENTED-TO MOTION TO DISMISS**

Now comes defendant Principe & Strasnick, P.C., pursuant to Fed. R. Civ. P. 41(a)(2), and respectfully moves this Honorable Court to dismiss all claims that are pending against it with prejudice and without costs to either party to this motion.

As reasons therefor, and in support whereof, the defendant states that the dispute between it and the plaintiff has been resolved, both parties desire that the claims be dismissed, and allowance of this motion will not adversely affect any other party to this suit.

The plaintiff's written assent to this request is attached hereto and incorporated herein as "Exhibit A."

WHEREFORE:  The defendant requests that the within motion be allowed.

Principe & Strasnick, P.C., Defendant,
By its attorneys,


Dated:  July 29, 2014

/s/ Robert M. Strasnick
Robert M. Strasnick – B.B.O. #637598
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
(781)-233-9191
rob@psbostonlaw.com


<u>Certificate of Service</u>

I, Robert M. Strasnick, attorney for Principe & Strasnick, P.C., do hereby certify that I have served a true copy of the foregoing document upon all parties/counsel of record via ECF on this 29th day of July, 2014.  Additionally, a copy of the foregoing has been served on the pro-se plaintiff by first class mail, postage prepaid, to 140 Palisades Circle, Stoughton, MA 02072 on July 29, 2014.


/s/ Robert M. Strasnick
Robert M. Strasnick