**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PRINCESS CEDENO
        Plaintiff

V.

CALVARY PORTFOLIO SERVICES, LLC
        Defendant

CIVIL ACTION

NO. 13-12510-DJC

**ORDER OF DISMISSAL**

Casper, J.

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on December 15, 2015, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

January 19, 2016
Date

/s/ Lisa M. Hourihan
Deputy Clerk